# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KYLE ELAM, | * | Case No. 3:16-cv-204 |
| *Plaintiff,* | * | Judge Rice |
| v. | * | |
| PLE SECURITY, INC., | * | ORDER |
| *Defendant.* | * | |
| | * | |
| | * | |

This matter having come before the Court on the Joint Motion to Approve Settlement under the Fair Labor Standards Act and Dismiss Action, and the Court having been sufficiently advised, has reviewed the Settlement Agreement and General Release, concludes that it is fair, reasonable and adequate, and that the settlement is a result of contested litigation to resolve a *bona fide* dispute.

IT IS THEREFORE ORDERED that the Joint Motion to Approve Settlement under the Fair Labor Standards Act and Dismiss Action is GRANTED. The Court shall retain jurisdiction over the Settlement Agreement and General Release. The case is hereby DISMISSED, with prejudice.

IT IS SO ORDERED.

ENTERED: 7-13-17

_____
HONORABLE WALTER H. RICE
SENIOR UNITED STATES DISTRICT JUDGE